# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ANGELA S. HORTON  
3103 DARTMOUTH  
ROCKFORD, IL  61108  

SSN-xxx-xx-3393

Case Number: 04-71475

Case filed on: 3/18/2004  
Plan Confirmed on: 5/28/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $4,950.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,450.00 | 1,450.00 | 1,450.00 | 0.00 |
|  | Total Legal | 1,450.00 | 1,450.00 | 1,450.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 1,821.24 | 1,821.24 | 1,821.24 | 0.00 |
|  | Total Priority | 1,821.24 | 1,821.24 | 1,821.24 | 0.00 |
| 999 | ANGELA S. HORTON | 0.00 | 0.00 | 191.97 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 191.97 | 0.00 |
| 001 | THOMAS D LUCHETTI PC | 929.00 | 929.00 | 929.00 | 74.20 |
|  | Total Secured | 929.00 | 929.00 | 929.00 | 74.20 |
| 001 | THOMAS D LUCHETTI PC | 400.00 | 0.00 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 104.82 | 0.00 | 0.00 | 0.00 |
| 003 | ABC CASH'N GO INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ADVANCE AMERICA | 576.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN CASH-N-GO | 1,330.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN CASH N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CASH BOX | 682.50 | 0.00 | 0.00 | 0.00 |
| 009 | CASH LOAN STORE | 350.00 | 0.00 | 0.00 | 0.00 |
| 010 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | B-LINE LLC | 911.40 | 0.00 | 0.00 | 0.00 |
| 014 | DIRECTV INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | FIRST EXPRESS | 185.91 | 0.00 | 0.00 | 0.00 |
| 016 | GTE WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ILLINOIS TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MUTUAL MANAGEMENT SERVICES | 433.68 | 0.00 | 0.00 | 0.00 |
| 019 | NICOR GAS | 396.57 | 0.00 | 0.00 | 0.00 |
| 020 | OB-GYN ASSOCIATES LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | RISK MANAGEMENT ALTERNATIVES INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | UNITED CREDIT SERVICE INC | 29.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD HEALTH SYSTEMS/ | 996.60 | 0.00 | 0.00 | 0.00 |
| 024 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | SECURITY FINANCE | 335.19 | 0.00 | 0.00 | 0.00 |
| 027 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | THE CASH STORE | 613.21 | 0.00 | 0.00 | 0.00 |
| 030 | U.S. CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | CREDITORS BANKRUPTCY SERVICE | 112.99 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 7,457.87 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 11,822.11 | 4,364.24 | 4,556.21 | 74.20 |

Total Paid Claimant:       $4,630.41  
Trustee Allowance:         $319.59  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008                    By  /s/Heather M. Fagan